Form B23 (Official Form 23) – (10/06)                                    2006 USBC, Central District of California

# United States Bankruptcy Court
## Central District Of California

| In re: Maria De La Luz Garcia | CHAPTER NO.: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:08-bk-11615-TD |

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statement and file by the deadline stated below:

☒ I, __MARIA GARCIA__, the debtor in the above-styled case hereby certify that on
(Print Name of Debtor)

__3/3/2008__. I completed an instructional course in personal financial management provided by
(Date)

__Grenpath__, and approved personal financial management instruction provider.
(Name of Provider)

Certification No.: __01401 CACDE 003491122__

☐ I, _____, the debtor in the above-styled case hereby certify that no
(Printed Name of Debtor)

personal financial management course is required because:

[Check the appropriate box.]

☐ Incapacitated or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date __3-14-2008__      Signature __Maria Garcia__
                                                Debtor

Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

Filing Deadlines: In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)

005184

03/03/2008 MON 16:38  FAX 12486991613                                                             ☒002/002

Certificate Number: 01401-CAC-DE-003491122

Bankruptcy Case Number: 08-11615

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 3, 2008, at 4:14 o'clock PM EST, Maria D Garcia completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: March 3, 2008

By: /s/Holli Bratt for Leandro Costa

Name: Leandro Costa

Title: Counselor